**UNITED STATES DISTRICT COURT**
**IN THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **JOHN LEE BEAUDION, II,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **C.A. No. 2:07-117** |
| | § | |
| **CITY OF CORPUS CHRISTI,** | § | |
| **TEXAS, ET AL.,** | § | |
| **Defendants** | § | |

**JUDGMENT OF THE COURT**

It is the judgment of the Court that Plaintiff take nothing from Defendants and that Defendants recover their costs. All relief not granted is DENIED.

This is a final judgment.

ORDERED this 30th day of Nov, 2007.

Hayden Head

HAYDEN HEAD
CHIEF JUDGE